IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUISE ALSTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 12-3491 |
| WAL-MART STORES EAST, L.P. | : | |

## **ORDER**

AND NOW, this 20th day of September, 2012, "Plaintiff's Motion to Remand"

(docket no. 10) is denied.  A memorandum accompanies this order.


BY THE COURT:


/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.